FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

03 NOV -3  AM 8: 59

U.S. DISTRICT COURT
N.D. OF ALABAMA

WESLEY MEAD,                                    )
                                                )
            Petitioner,                         )
                                                )
v.                                              )   CIVIL ACTION NO. 02-B-0612-S
                                                )
WARDEN ARNOLD HOLT and                          )
BILL PRYOR, ATTORNEY                            )
GENERAL FOR THE STATE                           )
OF ALABAMA,                                     )
                                                )      **ENTERED**
            Respondents.                        )      NOV 0 3 2003

### MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's

Report and Recommendation and the objections of the petitioner and has reached an independent

conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and

approved. The court hereby adopts and approves the findings and recommendation of the magistrate

judge as the findings and conclusions of the court. In accord with the recommendation, this petition

for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be

entered.

**DONE**, this _1st_ day of _November_, 2003.

Sharon Lovelace Blackburn
SHARON L. BLACKBURN
UNITED STATES DISTRICT JUDGE